**Mark SCHNEE, Plaintiff–Appellant,**

**v.**

**Officer SMITH; North Carolina State Highway Patrol Department; State of North Carolina, Defendants–Appellees.**

**No. 02–1674.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Mark Schnee, Appellant Pro Se. Isaac T. Avery, III, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Schnee appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint arising from a speeding ticket he received in North Carolina. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Schnee v. Smith*, No. CA–01–916 (E.D.N.C. May 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*